Case 5:23-cv-00086   Document 15   Filed on 09/26/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **MARIA ALEJANDRA CARDONA LOPEZ,** *et al.*, § § § **Plaintiffs,** § § **VS.** § **UR M. JADDOU,** *et al.*, § § **Defendants.** § | **CIVIL ACTION NO. 5:23-CV-00086** |

## NOTICE & ORDER

On September 25, 2024, Maria Alejandra Cardona Lopez and Hector Cruz Perez (collectively, "Plaintiffs") filed a notice of voluntary dismissal. (Dkt. 14.) *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The notice, signed by counsel for Plaintiffs, notified the Court that the case has been voluntarily dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE this case.

IT IS SO ORDERED.

SIGNED this September 26, 2024.

_____
Diana Saldaña
United States District Judge